Cite as 2022 Ark. App. 402

# ARKANSAS COURT OF APPEALS

No. CR-22-3

| | |
|---|---|
| | Opinion Delivered October 5, 2022 |
| STERLING WOOLFORD<br>APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, FIFTH DIVISION |
| V. | [NO. 60CR-20-1828] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE WENDELL GRIFFEN, JUDGE |
| | MOTION GRANTED; SHOW-CAUSE ORDER ISSUED |

**PER CURIAM**

Sterling Woolford moves this court to enforce a writ of certiorari to complete the record on appeal that we issued, eight months ago, to court reporter Neva Warford. Because Warford's failure to comply with the writ is good cause to grant the motion, we do so. The time to file a complete record is hereby extended to 31 October 2022. For the reasons provided below, we also order Neva Warford to appear before this court on 1 November 2022, at 9:30 a.m., in the courtroom of the Arkansas Supreme Court and Court of Appeals (Justice Building, 625 Marshall Street, Little Rock, AR 72201), and show cause why she

should not be held in contempt for failing to comply with the original writ of certiorari, or any one of the four prior extensions.

On 3 January 2022, appellant Woolford simultaneously filed a partial record in this court and asked for a writ of certiorari directing court reporter Neva Warford to complete the transcript portion of the record in this criminal appeal. We granted the petition on January 26 and ordered the supplemental record be completed and filed within thirty days. After thirty days had passed, Warford had not completed her task, so Woolford moved us to enforce the writ. We granted that motion and allowed fifteen days more days. No supplemental record was prepared. So Woolford was required to file a second, third, and fourth motion for more time to complete the record; each motion asked this court to enforce the January 2022 writ of certiorari to complete the record. This court granted each motion; but in the fourth order we set a final deadline of 15 September 2022.

Despite Woolford's continued efforts, and this court's prior orders, the record remains deficient because Warford has yet to comply with this court's commands. A fifth motion for more time was therefore required. In it, Woolford has again asked this court to enforce our January 2022 writ—"by any means necessary". For the reasons provided, good cause exists to grant a fifth extension and the show-cause order. *See James Tree & Crane Serv., Inc. v. Fought*, 2015 Ark. 6 (show-cause order issued to court reporter).

NEVA WARFORD IS FURTHER NOTIFIED that her failure to appear on 1 November 2022, at 9:30 a.m., could result in the issuance of a bench warrant for her arrest,

with directions to the appropriate law enforcement authority to arrange for her delivery to this court so a show-cause hearing can be conducted as soon as possible.

Motion granted; show-cause order issued.

GRUBER, J., not participating